# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:09CR13** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JOSE VILLAGRANA LOPEZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice as to the captioned Defendant only.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Jose Villagrana Lopez **ONLY.**

The Clerk is directed to transmit this Order electronically to the Defendant's counsel, the United States Probation Office, the United States Attorney's Office, and the United States Marshal.

Signed: July 1, 2009

Lacy H. Thornburg
United States District Judge